■ In the Matter of HARRY J. DONNELLY, Respondent, v. JOSEPH J. DOWD et al., Appellants, and JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— In a proceeding under section 330 of the Election Law (1) to invalidate a petition designating Joseph J. Dowd as a candidate of the Liberal party in the primary election for the office of Member of the Assembly from the Third Assembly District, Kings County; and (2) to enjoin the Board of Elections from placing his name on the official primary ballot, said candidate and the named committee on vacancies appeal from an order of the Supreme Court, Kings County, entered August 24, 1962, which granted the application, after a hearing. Order affirmed, without costs. No opinion. Leave to appeal to the Court of Appeals granted. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of JAMES R. GROVER, JR., et al., Appellants, v. CAROLINE K. SIMON, as Secretary of State of the State of New York, et al., Respondents.— In a proceeding under section 330 of the Election Law (1) to invalidate the petition designating the respondent Robert J. Flynn as a candidate of the Liberal party in the primary election for the office of Representative in Congress for the Second Congressional District; and (2) for other relief, the petitioners appeal from an order of the Supreme Court, Suffolk County, dated August 27, 1962, which dismissed the petition after a hearing. Order affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of C. PARKE MASTERSON et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and GEORGE T. CLARK et al., Respondents.— In a proceeding under section 330 of the Election Law (1) to validate a petition designating the petitioners as candidates of the Republican party in the primary election for certain party positions (specified in the title) in the Fourth Assembly District, Queens County; and (2) for other relief, the petitioners appeal from an order of the Supreme Court, Queens County, entered August 27, 1962, which dismissed the proceeding after a hearing. Order reversed on the law, without costs, application granted, determination of the Board of Elections annulled, and designating petition declared valid. The facts are affirmed. In our opinion, the designating petition complies substantially with the applicable provisions of the Election Law. Ughetta, Acting P. J., Kleinfeld, Hill and Hopkins, JJ., concur; Rabin, J., not voting.